**BAEHR v. LAKE SHORE & M. S. RY. CO.** (Supreme Court, Appellate Division, Fourth Department. March 15, 1905.) Action by Mary A. Baehr, as administratrix, etc., against the Lake Shore & Michigan Southern Railway Company.

PER CURIAM. Plaintiff's exceptions overruled, motion for new trial denied, and judgment directed for the defendant, with costs. Held that, even if it be assumed that plaintiff's complaint alleges a cause of action under section 2 of the Employers' Liability Act (chapter

'600, p. 1749, Laws 1902), and (without so deciding) that the conductor was a superintendent of the defendant within the meaning of said section, plaintiff still failed to establish actionable negligence chargeable to the defendant.